# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DARREL W. HARRIS

NO. 2024 KW 0918

**OCTOBER 17, 2024**

---

In Re:   Darrel W. Harris, applying for supervisory writs, 18th Judicial District Court, Parish of West Baton Rouge, No. 230593.

---

**BEFORE:   McCLENDON, WELCH, AND LANIER, JJ.**

   **WRIT GRANTED.** The district court is ordered to proceed toward disposition of relator's motion to quash and motion to dismiss, filed on or about September 6, 2024, if it has not already done so.

                    PMc
                    JEW
                    WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
      DEPUTY CLERK OF COURT
         FOR THE COURT